```
                      UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA

                          CIVIL MINUTES-GENERAL
```

Case No.  **EDCV 07-558-ODW (OP)**              Date: **January 7, 2010**

Title:  **Jerome Lane McLeod v. James A. Yates**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

                                              ☐  U.S. DISTRICT JUDGE
**PRESENT:  THE HONORABLE    OSWALD PARADA**
                                              ☒  MAGISTRATE JUDGE

   **Maynor Galvez**              N/A                         N/A
   Deputy Clerk        Court Reporter / Recorder           Tape No.

**ATTORNEYS PRESENT FOR PETITIONER:**         **ATTORNEYS PRESENT FOR RESPONDENT:**
            NONE                                          NONE


**PROCEEDINGS:**   (IN CHAMBERS: ORDER TO SHOW CAUSE)

On May 10, 2007, Petitioner filed a Petition for Writ of Habeas Corpus by a Person In State Custody pursuant to 28 U.S.C. § 2254.  On November 5, 2009, the Court issued its Report and Recommendation of United States Magistrate Judge ("R&R"), recommending dismissal of the Petition with prejudice.  A copy of which was mailed to Petitioner at his last known address.  No Objections to the R&R have been received from Petitioner.  On December 14, 2009, the R&R was returned to the Court with the notations "Return to Sender Inmate Paroled."

Local Rule 41-6 of this Court provides as follows:  "A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any.  If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such petitioner fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution."

Petitioner has failed to comply with Local Rule 41-6 by failing to notify the Court of his current address.  To date, the Court is unaware of Petitioner's current address.  Although the Court could forward the R&R to the District Judge for final decision on the merits, given Petitioner's failure to comply with Local Rule 41-6, the Court does not believe his conduct evidences his intent to continue to prosecute this action.  Thus, the Court is not inclined to expend additional resources by addressing the Petition on the merits.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

**Case No.**  CV 06-7398-GW (OP)                    **Date:**  January 7, 2010

**Title:**   Galasion L. Ortiz v. Derrick L. Ollison, Warden
                                                                        Page 2

Accordingly, Petitioner is ordered to show cause no later than February 5, 2010, why this case should not be dismissed for failure to prosecute. Filing of Petitioner's current contact information in compliance with Local Rule 41-6 on or before February 5, 2010, shall be deemed compliance with this Order to Show Cause. Petitioner's failure to do so by the date indicated shall result in the Court recommending that this action be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

cc: All Parties of Record

                                            Initials of Deputy Clerk jh-relief

CV-90 (10/98)
CIVIL   MINUTES   -   GENERAL