JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME LANE McLEOD, | ) | Case No. EDCV 07-558-ODW (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES A. YATES, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

   IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: March 2, 2010    _____
HONORABLE OTIS D. WRIGHT, II.
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge